**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

                  21 CR. 740 (RMB)

 -against-

                  **ORDER**

FELIX JOSE VALERIO,
     Defendant.
------------------------------------------------------------X

  The Court hereby schedules an initial pretrial conference for Wednesday, December 15, 2021 at 12:00 PM.

  In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 0740

Dated: December 9, 2021
   New York, NY

                     _Richard M. Berman_
                     RICHARD M. BERMAN
                        U.S.D.J.