

**Andrew M.J. Bernstein**
Direct T 212.209.4452  F 314.621.4070
abernstein@atllp.com

April 13, 2022

**BY ECF**

Hon. Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17B
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/22
```

Re: **USA v. Felix Jose Valerio**
**21 Cr. 740 (RMB)**

Dear Judge Berman:

As the Court is aware, I am the CJA-appointed counsel for Felix Jose Valerio the defendant in the above captioned matter. I write to request an adjournment of the defense's sentencing submission and sentencing hearing as I have been out of the office due to an illness since Monday April 11, 2022, and I do not know when I will return. In light of this, I am requesting a one-week adjournment.

At the Change of Plea Hearing, before Your Honor held on January 27, 2022, the following scheduling was set forth by the Court:
- Defense submission due Monday April 18, 2022;
- Government submission due Monday April 25, 2022; and
- Sentencing to take place on Thursday May 5, 2022, at 9:00 a.m.

I am now proposing the following schedule:
- Defense submission due Monday April 25, 2022;
- Government submission due Monday May 2, 2022; and
- Sentencing to take place the week of May 9th

As for a proposed sentencing date the Government and Defense counsel are available all-day Monday May 9th and Wednesday May 11th except from 12:00pm – 1:30pm. The Government is unavailable all day on May 10, 12, and 13.

This is the first request for an adjournment. The parties consent to the above proposed schedule.

If you have any questions, please feel free to reach out to my office.

Thank you.

> Respectfully Submitted,
>
> _____
> Andrew M. J. Bernstein
> Partner
> ARMSTRONG TEASDALE LLP
> *Attorney for Felix Jose Valerio*

---

Sentence is adjourned to 5/17/22 at 10:30am. Defense submission is due 4/26/22. Government submission is due 5/3/22.

SO ORDERED:
Date: 4/13/22         /s/ Richard M. Berman
                      Richard M. Berman, U.S.D.J.

ARMSTRONG TEASDALE LLP