**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                                                                      21 CR. 740 (RMB)

     -against-

                                                                                  **ORDER**

FELIX JOSE VALERIO,
               Defendant.
------------------------------------------------------------X

      The sentencing scheduled for Tuesday, May 17, 2022 at 10:30 AM will take place in Courtroom 17B.

Dated: May 11, 2022
       New York, NY

                                                                                   _____
                                                                                      RICHARD M. BERMAN
                                                                                            U.S.D.J.